# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL GARCIA, <br><br> Petitioner, <br><br> v. <br><br> GREGG LEWIS, Warden, <br><br> Respondent. <br> _____ | Case No. CV 13-5037-ODW (SP) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, the January 6, 2014 Order Denying Petitioner's Stay Motion, and the June 23, 2015 Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Order Denying Stay Motion or to the Report and Recommendation within the time permitted. The Court accepts and concurs in the Magistrate Judge's ruling on petitioner's Stay Motion, and also accepts the findings and recommendation of the Magistrate Judge in the Report and Recommendation.

//

//

IT IS THEREFORE ORDERED that Judgment will be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: September 16, 2015

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

2